# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| VICTORIA SIDLE, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>-against-<br><br>WAKEFERN FOOD CORP.,<br><br>Defendant. | Case No. 2:20-cv-16336<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT'S MOTION TO DISMISS PLAINTIFF'S COMPLAINT** |

This matter, having been brought before the Court upon a Motion to Dismiss Plaintiff's Complaint under Federal Rule of Civil Procedure 12(b)(6) by Defendant Wakefern Food Corp., and the Court having considered the matter;

**IT IS** on this _____ day of _____ 2021, **ORDERED** that Defendant's Motion to Dismiss shall be and hereby is **GRANTED**. This case is dismissed in its entirety with prejudice.

_____
HON. MADELINE COX ARLEO
UNITED STATES DISTRICT JUDGE

FH5225405.2