<u>**CLOSING**</u>

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| **VICTORIA SIDLE,**<br><br>*Plaintiff,*<br><br>v.<br><br>**WAKEFERN FOOD CORP,**<br><br>*Defendants.* | **Civil Action No. 20-16336**<br><br>**ORDER** |

**THIS MATTER** comes before the Court on Defendant Wakefern Food Corp's ("Defendant") Motion to Dismiss, ECF No. 7, Plaintiff Victoria Sidle's ("Plaintiff") Complaint, ECF No. 1;

and it appearing that on September 29, 2021, the Court dismissed the Complaint and granted leave to amend within thirty days, ECF No. 16;

and it appearing that more than thirty days have elapsed and Plaintiff has neither filed an amended pleading nor otherwise communicated with the Court;

**IT IS** on this 27th day of July, 2022;

**ORDERED** that the Complaint, ECF No. 7, is **DISMISSED WITH PREJUDICE**; and the matter is now **CLOSED**.

<u>*/s Madeline Cox Arleo*</u>
**MADELINE COX ARLEO**
**UNITED STATES DISTRICT JUDGE**